UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, an individual, and ACCESS 4 ALL, INC. a Florida not for Profit Corporation<br><br>　　　　Plaintiffs.<br><br>　　vs.<br><br>VIV SAHARA RAINBOW, LLC, a Nevada Limited Liability Company, and CHIC – NEVADA LLC, a Nevada Limited Liability Company<br><br>　　　　Defendants. | Case No. 2:26-cv-01781-CDS-NJK<br>**ORDER GRANTING STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT** |

Plaintiffs JOHN MEGGS and ACCESS 4 ALL, INC. ("Plaintiffs") and Defendant CHIC – NEVADA LLC ("Defendant," and together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1.　　On June 11, 2026, Plaintiffs filed their Complaint [Doc. 1] (the "Complaint") in this Court initiating the above-captioned action. Plaintiff served Defendant on June 18, 2026.

2.　　Defendant's deadline to answer or otherwise respond to Plaintiffs' Complaint is July 9, 2026.

3.　　Undersigned counsel for Defendant was only recently engaged to represent Defendant in this action. Therefore, Defendant and its counsel require additional time to analyze the allegations and claims asserted in the Complaint and prepare an appropriate response. Plaintiffs'

179776589.1

counsel has agreed to stipulate to extend Defendant's deadline to answer or otherwise respond to Plaintiffs' Complaint by three additional weeks, to and including July 30, 2026.

4. This stipulated extension is made in good faith and not for the purpose of delay. This is the first extension of time requested in this Court by Defendant to answer or otherwise respond to Plaintiff's Complaint.

DATED July 9, 2026

| THE MINEO SALCEDO LAW FIRM, P.A. | LEWIS BRISBOIS BISGAARD & SMITH LLP |
|---|---|
| By: /s/ *John A. Salcedo* <br> JOHN A. SALCEDO, ESQ. <br> Nevada Bar No. 14665 <br> 5600 Davie Road <br> Davie, FL 33314 <br><br> LEE IGLODY <br> IGLODY LAW <br> Nevada Bar No. 7757 <br> 2580 St Rose Parkway, Suite 330 <br> Henderson, Nevada 8907 <br> Attorneys for Plaintiffs | By: /s/ *Jessica Beeler* <br> JESSICA L. BEELER <br> Nevada Bar No. 15387 <br> 6385 S. Rainbow Boulevard, Suite 600 <br> Las Vegas, Nevada 89118 <br> Attorneys for <br> Defendant Chic-Nevada, Inc. |

## ORDER

IT IS SO ORDERED:

_____
Nancy J. Koppe
United States Magistrate Judge

DATED: July 10, 2026 _____

2