UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, an individual,<br>and<br>ACCESS 4 ALL, INC. a Florida not for Profit Corporation<br><br>Plaintiffs.<br><br>vs.<br><br>VIV SAHARA RAINBOW, LLC, a Nevada Limited Liability Company, and CHIC – NEVADA LLC, a Nevada Limited Liability Company<br><br>Defendants. | Case No. 2:26-cv-01781<br><br>**ORDER GRANTING**<br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**[SECOND REQUEST]** |

Plaintiffs JOHN MEGGS and ACCESS 4 ALL, INC. ("Plaintiffs") and Defendant CHIC – NEVADA LLC ("Defendant," and together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On June 11, 2026, Plaintiffs filed their Complaint [Doc. 1] (the "Complaint") in this Court initiating the above-captioned action. Plaintiff served Defendant on June 18, 2026.

2. The Court entered an Order [Doc. 15] on July 10, 2026, extending Defendant's deadline to answer or otherwise respond to the Complaint to and including July 30, 2026.

3. After Defendant recently engaged undersigned counsel, counsel for the Parties have begun discussing potential early settlement. The Parties believe that early settlement discussions would be productive and could lead to an early settlement. To facilitate the Parties' continued

discussions, the Parties have stipulated to extend Defendant's deadline to answer or otherwise respond to the Complaint to and including August 20, 2026.

4. This stipulated extension is made in good faith and not for the purpose of delay. This is the second extension of time requested in this Court by Defendant to answer or otherwise respond to Plaintiff's Complaint.

DATED July 28, 2026

THE MINEO SALCEDO LAW FIRM, P.A.

By: /s/ *Alexander J. Santana, Esq.*
ALEXANDER J. SANTANA, ESQ.
JOHN A. SALCEDO, ESQ.
*Admitted Pro Hac Vice*
5600 Davie Road
Davie, FL 33314

LEE IGLODY
IGLODY LAW
Nevada Bar No. 7757
2580 St Rose Parkway, Suite 330
Henderson, Nevada 8907
Attorneys for Plaintiffs

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ *Jessica Beeler*
JESSICA L. BEELER
Nevada Bar No. 15387
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for
Defendant Chic-Nevada, Inc.

**ORDER**

IT IS SO ORDERED:

Nancy J. Koppe
United States Magistrate Judge

Dated: July 29, 2026