**LEWIS BRISBOIS BISGAARD & SMITH LLP**
JESSICA L. BEELER
Nevada Bar No. 15387
Jessica.Beeler@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

Attorneys for CHIC – NEVADA LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JOHN MEGGS, an individual,
and
ACCESS 4 ALL, INC. a Florida not for Profit Corporation

Plaintiffs.

vs.

VIV SAHARA RAINBOW, LLC, a Nevada Limited Liability Company, and CHIC – NEVADA LLC, a Nevada Limited Liability Company

Defendants.

Case No. 2:26-cv-01781 -CDS-NJK

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' COMPLAINT**

**[THIRD REQUEST]**

Plaintiffs JOHN MEGGS and ACCESS 4 ALL, INC. ("Plaintiffs") and Defendant CHIC – NEVADA LLC ("Defendant," and together with Plaintiff, the "Parties"), by and through their respective counsel of record, hereby stipulate and agree as follows:

1. On June 11, 2026, Plaintiffs filed their Complaint [Doc. 1] (the "Complaint") in this Court initiating the above-captioned action. Plaintiff served Defendant on June 18, 2026.

2. The Court entered an Order [Doc. 15] on July 10, 2026, extending Defendant's deadline to answer or otherwise respond to the Complaint to and including July 30, 2026.

3. By Order dated July 29, 2026 [Doc. 22], the Court granted Defendant a second extension of time to and including August 20, 2026.

4. Counsel for the Parties are continuing to discuss potential early settlement. The

Parties believe that early settlement discussions would be productive and could lead to an early settlement. To facilitate the Parties' continued discussions, the Parties have stipulated to extend Defendant's deadline to answer or otherwise respond to the Complaint to and including September 10, 2026.

5. This stipulated extension is made in good faith and not for the purpose of delay. This is the third extension of time requested in this Court by Defendant to answer or otherwise respond to Plaintiff's Complaint.

DATED August 20, 2026

THE MINEO SALCEDO LAW FIRM, P.A.

By: /s/ *Alexander J. Santana*
ALEXANDER J. SANTANA, ESQ.
JOHN A. SALCEDO, ESQ.
*Admitted Pro Hac Vice*
5600 Davie Road
Davie, FL 33314

LEE IGLODY
IGLODY LAW
Nevada Bar No. 7757
2580 St Rose Parkway, Suite 330
Henderson, Nevada 8907
Attorneys for Plaintiffs

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ *Jessica Beeler*
JESSICA L. BEELER
Nevada Bar No. 15387
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Attorneys for
Defendant Chic-Nevada, Inc.

**ORDER**

IT IS SO ORDERED:

**No further extensions of this deadline will be granted.**

United States Magistrate Judge

DATED: August 20, 2026