Lee Iglody
NV Bar No. 7757
**Iglody Law**
2580 St Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: 702-425-5366
lee@iglody.com
*Local Counsel*

Alexander J. Santana
FL Bar No. 89584*
**THE MINEO SALCEDO LAW FIRM, P.A.**
5600 Davie Road
Davie, FL 33314
Telephone: 954-463-8100
Service@mineolaw.com
ASantana@mineolaw.com
AlexandraR@mineolaw.com
**Admitted Pro Hac Vice*

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JOHN MEGGS, an individual,<br>and<br>ACCESS 4 ALL, INC., a Florida not for Profit Corporation,<br><br>Plaintiffs<br><br>v.<br><br>VIV SAHARA RAINBOW, LLC, a Nevada Limited Liability Company, and CHIC – NEVADA LLC, a Nevada Limited Liability Company,<br><br>Defendants | Case No. 2:26-cv-01781-CDS-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS TO RESPOND TO DEFENDANT VIV SAHARA RAINBOW, LLC'S MOTION TO DISMISS (ECF NO. 37)**<br><br>(FIRST REQUEST)<br><br>[ECF No. 38] |

IT IS HEREBY STIPULATED by and between Plaintiffs John Meggs and Access 4 All, Inc. (collectively "Plaintiffs"), by and through their counsel, Iglody Law and The Mineo Salcedo Law Firm, P.A., and Defendant VIV Sahara Rainbow, LLC ("Defendant"), by and

through its counsel, Spencer Fane LLP, that Plaintiffs shall have up to and including **November 12, 2026**, in which to file their response to Defendant's Motion to Dismiss (ECF No. 37). This stipulation is submitted and based upon the following:

1. On October 14, 2026, Defendant filed its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6). ECF No. 37.
2. Plaintiffs' response to Defendant's Motion to Dismiss is currently due October 28, 2026.
3. Counsel for the parties have conferred regarding the pending Motion and have agreed to extend Plaintiffs' response deadline by fourteen (14) days to allow Plaintiffs additional time to prepare their response and permit counsel to discuss the issues raised in the Motion.
4. The Parties have agreed to extend the deadline for Plaintiffs to file their response to Defendant's Motion to Dismiss to November 12, 2026.
5. This is the first stipulation to extend the time for Plaintiffs to respond to Defendant's Motion to Dismiss.
6. The Parties believe these circumstances constitute good cause for granting an extension. See Fed. R. Civ. P. 6(b)(1).
7. The requested extension is made in good faith, is not sought for purposes of delay, and will not prejudice any party.

Accordingly, the parties respectfully request that this Court approve the foregoing Stipulation and extend Plaintiffs' deadline to respond to Defendant's Motion to Dismiss (ECF No. 37) through and including November 12, 2026.

**IT IS SO STIPULATED.**

DATED: October 27, 2026

**THE MINEO SALCEDO LAW FIRM, P.A.**

*/s/ Alexander J. Santana*_____
Alexander J. Santana, Esq. (FLBN 89584)
5600 Davie Road
Davie, Florida 33314
Telephone: (954) 463-8100
asantana@mineolaw.com
alexandrar@mineolaw.com
service@mineolaw.com
*Admitted Pro Hac Vice*
*Attorneys for Plaintiffs, John Meggs and Access 4 All, Inc.*

**SPENCER FANE LLP**

*/s/ Jason D. Smith* _____________
Jason D. Smith, Esq. (NBN 9691)
Christine R. Fox, Esq. (NBN 15568)
300 South Fourth Street, Suite 1600
Las Vegas, NV 89101
Telephone: (702) 408-3400
Fax: (702) 938-8648
jdmsith@spencerfance.com
cfox@spencerfane.com
*Attorneys for Defendant VIV Sahara Rainbow, LLC*

**IGLODY LAW**

*/s/ Lee I. Iglody* _____________
Lee I. Iglody, Esq. (NBN 7757)
2580 St. Rose Parkway, Suite 330
Henderson, Nevada 89074
Telephone: (702) 561-9934
lee@iglody.com
*Local Counsel*
*Attorneys for Plaintiffs, John Meggs and Access 4 All, Inc.*

**ORDER**

**IT IS SO ORDERED.**

__________________________________
UNITED STATES DISTRICT JUDGE

DATED: October 28, 2026